No. 531. UNITED STATES v. BLUE. Appeal from D. C. S. D. Cal. Further consideration of the question of jurisdiction in this case postponed to the hearing of the case on the merits. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Joseph M. Howard* for the United States. *Ernest R. Mortenson* for appellee.

No. 471. CITY OF GREENWOOD v. PEACOCK ET AL.; and No. 649. PEACOCK ET AL. v. CITY OF GREENWOOD. C. A. 5th Cir. Certiorari granted. The cases are consolidated and a total of two hours is allotted for oral argument. The cases are set for oral argument immediately following No. 147. *Aubrey H. Bell* for petitioner in No. 471 and for respondent in No. 649. *Benjamin E. Smith* and *Claudia Shropshire* for petitioners in No. 649 and for respondents in No. 471. Reported below: 347 F. 2d 679, 986.

No. 619. ASHTON v. KENTUCKY. Ct. App. Ky. Certiorari granted. *Ephraim London* and *Dan Jack Combs* for petitioner. *Robert Matthews,* Attorney General of Kentucky, and *John B. Browning,* Assistant Attorney General, for respondent.

No. 650. NICHOLAS, TRUSTEE v. UNITED STATES. C. A. 5th Cir. Certiorari granted. *John H. Gunn* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *I. Henry Kutz* for the United States.

No. 658. SCHMERBER v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of L. A. Certiorari granted. *Thomas M. McGurrin* for petitioner. *Roger Arnebergh, Philip E. Grey* and *Wm. E. Doran* for respondent.